USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___12/07/2025___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

ALYSSA CRUZ,

                            Plaintiff,

           -against-

HSBC BANK USA, N.A.,

                         Defendant.
-------------------------------------------------------------------X

**25-CV-7945 (GHW) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on December 5, 2025 (doc. no 10) the Initial Case Management Conference currently scheduled for **December 15, 2025** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:      New York, New York
              December 7, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge